## AFFIDAVIT OF SERVICE THROUGH THE SECRETARY OF STATE

Index # 07CIV9570          Purchased/Filed: October 26, 2007

STATE OF NEW YORK    UNITED STATES DISTRICT COURT    SOUTHERN DISTRICT

*The New York City District Council of Carpenters Pension Fund, et al*    Plaintiff

against

*Fathson Construction, LLC*    Defendant

STATE OF NEW YORK
COUNTY OF ALBANY    SS.:

___Jessica Miller___, being duly sworn, deposes and says: deponent is over the age of eighteen (18) years; that on ___November 8, 2007___, at ___2:00 pm___, at the office of the Secretary of State of the State of New York in the City of Albany, New York deponent served the annexed Summons, Complaint and Judges' Rules on ___Fathson Construction, LLC___, the Defendant in this action, by delivering to and leaving with ___Chad Matice___, AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, personally at the Office of the Secretary of State of the State of New York, ___2___ true copies thereof and that at the time of making such service, deponent paid said Secretary of State a fee of ___40___ dollars; That said service was made pursuant to Section ___303 Limited Liability Company Law___.

Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant.

Description of the person served: Approx. Age: ___28___ Approx. Wt: ___200___ Approx. Ht: ___6'0"___
Color of skin: ___White___ Hair color: ___Brown___ Sex: ___M___ Other: _____

Sworn to before me on this

___13th___ day of ___November, 2007___

DONNA M. TIDINGS
NOTARY PUBLIC, State of New York
No. 01TI4898570, Qualified in Albany County
Commission Expires June 15, 2011

Jessica Miller

Invoice•Work Order # SP0709369

**SERVICO. INC. - PO BOX 871 - ALBANY. NEW YORK 12201 - PH 518-463-4179**