UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
THE NEW YORK CITY DISTRICT COUNCIL
OF CARPENTERS PENSION FUND, NEW
YORK CITY DISTRICT COUNCIL OF
CARPENTERS WELFARE FUND, NEW YORK
CITY DISTRICT COUNCIL OF CARPENTERS
VACATION FUND, NEW YORK CITY
DISTRICT COUNCIL OF CARPENTERS
ANNUITY FUND, NEW YORK CITY DISTRICT
COUNCIL OF CARPENTERS APPRENTICESHIP,
JOURNEYMAN RETRAINING, EDUCATIONAL
AND INDUSTRY FUND, NEW YORK CITY
DISTRICT COUNCIL OF CARPENTERS CHARITY
FUND, and THE NEW YORK CITY AND VICINITY
CARPENTERS LABOR MANAGEMENT
COOPERATION FUND, by MICHAEL J. FORDE
and PAUL O'BRIEN, as TRUSTEES,

                                        Plaintiffs,

-against-

FATHSON CONSTRUCTION, LLC,

                                        Defendant.
-----------------------------------------------------------X

07 CV 9570 (VM)

ECF CASE

**DEFAULT JUDGMENT**

#08,0012



USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1-4-08

      This action having been commenced on October 26, 2007 by the filing of a Summons and Complaint, and a copy of the Summons and Complaint having been served on the defendant Fathson Construction, LLC on November 8, 2007 by delivering two (2) true copies of the same to the Secretary of the State of New York, pursuant to Section 306(b) of New York Business Corporation Law, and a proof of service having been filed on November 16, 2007 and the defendant not having answered the Complaint, and the time for answering the Complaint having expired, and the Clerk of the Court having issued its certificate of default on December 27, 2007, it is

ORDERED, ADJUDGED AND DECREED: That the Plaintiffs have judgment against Defendant, pursuant to the arbitration award, in the principal amount of $15,126.91 plus interest of ten percent (10%) per annum from the date of said award, September 19, 2007, through the date of entry of this judgment, totaling _$443.45_, in addition to attorneys' fees and costs in the amount of $1,210.00 for a total of _$16,780.36_.

Dated: January 2008
New York, New York

Honorable Victor Marrero
United States District Judge

This document was entered on the docket on _____.